**So Ordered.**

**Dated: May 23rd, 2018** 

Frederick P. Corbit
Bankruptcy Judge

Form: eoocuf
Rev: 03/30/2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case Number: **14–03735–FPC7** |
| **Dura–Side, Inc.**<br>(Debtor) | Chapter: **7**<br><br>ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS |

An Application for Payment of Unclaimed Funds having been filed by Hibu, c/o RMS in the amount of $ 1779.68, and the petitioner having provided proof of the right to the funds held by the Court pursuant to 28 U.S.C. §2042;

IT IS HEREBY ORDERED that the Application for Payment of Unclaimed Funds is GRANTED.

///End of Order///